JASON K. SINGLETON, State Bar # 166170
jason@singletonlawgroup.com
SINGLETON LAW GROUP
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

Attorney for Plaintiff, RANDY KIYABU

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU, | Case No. EDCV-11-00070 VAP (OPx) |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| VINTOR CORPORATION, a California corporation, dba VINCE'S SPAGHETTI, WILLIAM C. DEARDORFF, Co-Trustee of the DEARDORFF FAMILY TRUST, and DOES ONE TO TEN, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action <u>Randy Kiyabu v. Vintor Corporation, et al.</u>, Case Number 5:11-CV-00070-VAP (OPx), is dismissed with prejudice with each party to bear his or its own attorney fees and costs.

Dated:  April 14, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE